Pro Se 1 2016

FILED (DROP BOX)

MAR 03 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Ismail Ahmed

Plaintiff(s),

v.

King County

Defendant(s).

CASE NO. 2:21-cv-00279 RAJ
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☑ Yes  ☐ No

I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: King County Juvenile
Street Address: 1211 E Alder St
City and County: Seattle, King
State and Zip Code: Washington 98122
Telephone Number: 206-205-9500

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

B.  Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Allen Nance
Job or Title (if known): Director
Street Address: 1211 E Alder St
City and County: Seattle King
State and Zip Code: Washington 98122
Telephone Number: 206-205-9500

Defendant No. 2

Name: Lisa Hymes Davis
Job or Title (if known): Chief
Street Address: 1211 E Alder St
City and County: Seattle King
State and Zip Code: Washington 98122
Telephone Number: 206-205-9500

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2016*

1  Defendant No. 4

2  Name _____
3  Job or Title *(if known)* _____
   Street Address _____
4  City and County _____
5  State and Zip Code _____
   Telephone Number _____
6

7

8  **II.   BASIS FOR JURISDICTION**

9  Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
10 types of cases can be  heard in federal court: cases involving a federal question and cases
11 involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under
12 the United States Constitution or federal laws or treaties is a federal question case.  Under 28
13 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and
14 the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of
15 citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16 What is the basis for federal court jurisdiction? *(check all that apply)*

17 ☑ Federal question          ☐ Diversity of citizenship

18 Fill out the paragraphs in this section that apply to this case.

19 A.   If the Basis for Jurisdiction Is a Federal Question

20 List the specific federal statutes, federal treaties, and/or provisions of the United States
21 Constitution that are at issue in this case.

22 Freedom of Speech 1st Amendment. Wrote
23 a Staff report about workplace
24 targetting and got immediately terminated.

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2016

1  B.      If the Basis for Jurisdiction Is Diversity of Citizenship

2              1.     The Plaintiff(s)

3                  a.  If the plaintiff is an individual.

4       The plaintiff (name) __Ismail Ahmed__, is a citizen of the

5   State of (name) __Washington__.

6                  b.  If the plaintiff is a corporation.

7       The plaintiff, (name) _____, is incorporated under

8   the laws of the State of (name) _____, is incorporated under

9   the laws of the State of (name) _____, and has its principal

10  place of business in the State of (name) _____.

11      (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

12

13             2.     The Defendant(s)

14                 a.  If the defendant is an individual.

15      The defendant, (name) __Alleen Nance__, is a citizen of the

16  State of (name) __Washington__. Or is a citizen of

17  (foreign nation) _____.

18                 b.  If the defendant is a corporation.

19      The defendant, (name) __Lisa Hymes Davis__, is incorporated under

20  the laws of the State of (name) __Washington__, and has its principal

21  place of business in the State of (name) _____.

22      Or is incorporated under the laws of (foreign nation) _____,

23  and has its principal place of business in (name) _____.

24      (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

_____

_____

_____

### III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Wrote a Staff report of several dates about being targeted by Management and was immediately terminated.

### IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

$25,000 for workplace retaliation. $15,000 lost salary. $10,000 emotional stress.

### V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/1/21

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Ismail Ahmed

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

COMPLAINT FOR A CIVIL CASE - 6

Filing vs King County

Defendant's listed are witnesses and I want to Subpuena as more process goes on.

Plantiff Ismail

Defendent King County Ahmed