Pro Se 7 2016

FILED (DROP BOX)

MAR 03 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Ismail Ahmed

Plaintiff(s),

v.

King County

Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Jury Trial: ☑ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | King County Juvenile Detention |
| Street Address | 1211 E Alder St |
| City and County | Seattle, King |
| State and Zip Code | Washington 98122 |
| Telephone Number | 206-205-9500 |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 1

B.  Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Allen Nance |
| Job or Title (if known) | Director King County Juvenile |
| Street Address | 1211 E Alder St |
| City and County | Seattle, King |
| State and Zip Code | Washington 98122 |
| Telephone Number | 206-205-9500 |

Defendant No. 2

| | |
|---|---|
| Name | Lisa Hymes Davis |
| Job or Title (if known) | Chief of Operations King County Juvenile |
| Street Address | 1211 E Alder St |
| City and County | Seattle, King |
| State and Zip Code | Washington 98122 |
| Telephone Number | 206-205-9500 |

Defendant No. 3

| | |
|---|---|
| Name | Sergeant Grady Conner |
| Job or Title (if known) | Sergeant Internal Investigations |
| Street Address | 500 5th Ave |
| City and County | Seattle, King |
| State and Zip Code | Washington 98122 |
| Telephone Number | 206-423-4522 |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 2

| | | |
|---|---|---|
|1| Defendant No. 4 | |
|2| Name | |
|3| Job or Title *(if known)* | |
|4| Street Address | |
| | City and County | |
|5| State and Zip Code | |
|6| Telephone Number | |

7  C.   Place of Employment

8  The address at which I sought employment or was employed by the defendant(s) is:

| | | |
|---|---|---|
|9| Name | 1211 E Alder St King County Juvenile |
|10| Street Address | 1211 E Alder St |
| | City and County | Seattle   King |
|11| State and Zip Code | Washington   98122 |
|12| Telephone Number | 206-205-9500 |

### II.   BASIS FOR JURISDICTION

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 3

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.
*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

### III.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Director assumed I was guilty of allegations and ~~let~~ ~~me~~ fired me after not being guilty in investigations. Retaliated.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☑ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☑ Retaliation.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 4

☐ Other acts *(specify)*: _____

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
   9/17/20

C. I believe that defendant(s) *(check one)*:

   ☒ is/are still committing these acts against me.
   ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

   ☒ race _____
   ☐ color _____
   ☐ gender/sex _____
   ☐ religion _____
   ☐ national origin _____
   ☐ age *(year of birth)* _____   *(only when asserting a claim of age discrimination.)*
   ☐ disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

   Wrote a letter about being targetted and was fired right after. Never been disiplined. Was Stated allegations became to much.

   *(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 5

IV. **EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

2-1-20

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **RELIEF**

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

I have 2 witnesses I will subpoena that the Director said about my allegations even though I was never found guilty.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 6

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-1-21

Signature of Plaintiff: [signed]

Printed Name of Plaintiff: Ismail Ahmed

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 7