1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8

ISMAIL AHMED,

9

Plaintiff,

CASE NO. 2:21-cv-00279-RAJ

10

v.

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

11

LISA HYMES-DAVIS, et al.,

12

Defendants.

13    Plaintiff's application to proceed in forma pauperis (Dkt. 4) is **GRANTED**.  Plaintiff

14    may proceed without prepayment of costs or fees or the necessity of giving security therefore.

15    The Clerk is directed to send a copy of this Order to plaintiff.

16    DATED this 5th day of April, 2021.

17

18

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

19

20

21

22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1