*Pro Se 1 2016*

FILED (DROP BOX)

MAR 03 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Ismail Ahmed
_____
_____ ,

            Plaintiff(s),

    v.

King County
_____
_____ ,

            Defendant(s).

CASE NO. 2:21-cv-00279 RAJ
[to be filled in by Clerk's Office]

**COMPLAINT FOR A CIVIL CASE**

Jury Trial: ☑ Yes ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

    *Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | King County Juvenile |
| Street Address | 1211 E Alder St |
| City and County | Seattle , King |
| State and Zip Code | Washington 98122 |
| Telephone Number | 206-205-9500 |

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

B.    Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Allen Nance |
| Job or Title *(if known)* | Director |
| Street Address | 1211 E Alder St |
| City and County | Seattle King |
| State and Zip Code | Washington 98122 |
| Telephone Number | 206-205-9500 |

Defendant No. 2

| | |
|---|---|
| Name | Lisa Hymes Davis |
| Job or Title *(if known)* | Chief |
| Street Address | 1211 E Alder St |
| City and County | Seattle King |
| State and Zip Code | Washington 98122 |
| Telephone Number | 206-205-9500 |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2016*

1

Defendant No. 4

2        Name                                  _____

3        Job or Title *(if known)*              _____

         Street Address                        _____

4        City and County                       _____

5        State and Zip Code                    _____

         Telephone Number                      _____

6

7

8                    **II.    BASIS FOR JURISDICTION**

9          Federal courts are courts of limited jurisdiction (limited power).  Generally, only two

10   types of cases can be  heard in federal court: cases involving a federal question and cases

11   involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under

12   the United States Constitution or federal laws or treaties is a federal question case.  Under 28

13   U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and

14   the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of

15   citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16         What is the basis for federal court jurisdiction?  *(check all that apply)*

17   ☑ Federal question                ☐ Diversity of citizenship

18   Fill out the paragraphs in this section that apply to this case.

19   A.    If the Basis for Jurisdiction Is a Federal Question

20         List the specific federal statutes, federal treaties, and/or provisions of the United States

21   Constitution that are at issue in this case.

22   Freedom  of  speech  1st  Amendment.  Wrote

23   a  staff  report  about  workplace

24   targetting  and  got  immediately  terminated.

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2016*

1  B.     If the Basis for Jurisdiction Is Diversity of Citizenship

2              1.       The Plaintiff(s)

3                       a.   If the plaintiff is an individual.

4  The plaintiff (*name*) _____Ismail    Ahmed_____, is a citizen of the

5  State of (*name*) _____Washington_____.

6                       b.   If the plaintiff is a corporation.

7      The plaintiff, (*name*) _____, is incorporated under

8  the laws of the State of (*name*) _____, is incorporated under

9  the laws of the State of (*name*) _____, and has its principal

10 place of business in the State of (*name*) _____.

11         *(If more than one plaintiff is named in the complaint, attach an additional page providing*
   *the same information for each additional plaintiff.)*

12

13             2.       The Defendant(s)

14                      a.   If the defendant is an individual.

15 The defendant, (*name*) _____Alleen    Nance_____, is a citizen of the

16 State of (*name*) _____Washington_____. Or is a citizen of

17 (*foreign nation*) _____.

18                      b.   If the defendant is a corporation.

19 The defendant, (*name*) ____Lisa    Hymes    Davis___, is incorporated under

20 the laws of the State of (*name*) _____Washington_____, and has its principal

21 place of business in the State of (*name*) _____.

22         Or is incorporated under the laws of (*foreign nation*) _____,

23 and has its principal place of business in (*name*)_____.

24         *(If more than one defendant is named in the complaint, attach an additional page*
   *providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

1          3.     The Amount in Controversy.

2        The amount in controversy-the amount the plaintiff claims the defendant owes or the

3    amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

4               _____

5               _____

6               _____

7

8              **III.    STATEMENT OF CLAIM**

9   *Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.*

10  *State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain*

11  *statement of each claim in a separate paragraph. Attach additional pages if needed.*

12       Wrote a staff report of several dates

13       about being targeted by Management and

14       was immediately terminated.

15                  **IV.   RELIEF**

16  *State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing*

17  *at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts,*

18  *and the reasons you claim you are entitled to actual or punitive money damages.*

19       $25,000 for workplace retaliation.

20       $15,000 lost salary. $10,000 emotional

21       stress.

22            **V.   CERTIFICATION AND CLOSING**

23        Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

24   knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

1  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4  identified, will likely have evidentiary support after a reasonable opportunity for further

5  investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6  Rule 11.

7          I agree to provide the Clerk's Office with any changes to my address where case-related

8  papers may be served. I understand that my failure to keep a current address on file with the

9  Clerk's Office may result in the dismissal of my case.

10  Date of signing:            3/11/21

11  Signature of Plaintiff

12  Printed Name of Plaintiff      Ismail Ahmed

13

14  Date of signing:

15  Signature of Plaintiff

16  Printed Name of Plaintiff

17

18  Date of signing:

19  Signature of Plaintiff

20  Printed Name of Plaintiff

21

22

23

24

COMPLAINT FOR A CIVIL CASE - 6

Filing    Vs    King    County

Defendant's    listed    are    I    want

witnesses    and    more

Sub puena    ques    ch.

to    process

as    Ahmed

Ismail    County

Plaintiff    King

Defendant

EEOC Form 161-B (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:  **Ismail Ahmed**<br>**9440 27th Ave SW**<br>**B102**<br>**Seattle, WA 98126** | From:  **Seattle Field Office**<br>**909 First Avenue**<br>**Suite 400**<br>**Seattle, WA 98104-1061** |

|   | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **551-2021-00617** | **Shannon De Jong,**<br>**Investigator** | **(206) 220-6914** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

|   | More than 180 days have passed since the filing of this charge. |
| X | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| X | The EEOC is terminating its processing of this charge. |
|   | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

|   | The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost. |
|   | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

for

**Nancy A. Sienko,**
**Director**

February 10, 2021

*(Date Issued)*

cc:  **KING COUNTY JUVENILE DETENTION CENTER**
**c/o Peter Hu, Human Resources Manager**
**516 3rd Ave, Room: E-245**
**Seattle, WA 98104**

Enclosure with EEOC
Form 161-B (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* **to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than** **2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request** **within 6 months** **of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Pro Se 7 2016

FILED (DROP BOX)

MAR 03 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Ismail Ahmed

_____

_____

                    Plaintiff(s),

              v.

King County

_____

_____

                    Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR EMPLOYMENT
DISCRIMINATION

Jury Trial: ☑ Yes   ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

   *Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

   Name                        King County Juvenile Detention
   Street Address              1211 E Alder St
   City and County             Seattle, King
   State and Zip Code          Washington   98122
   Telephone Number            206-205-9500

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 1

*Pro Se 7 2016*

B.   Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Allen Nance |
| Job or Title *(if known)* | Director King County Juvenile |
| Street Address | 1211 E Alder St |
| City and County | Seattle King |
| State and Zip Code | Washington 98122 |
| Telephone Number | 206-205-9500 |

Defendant No. 2

| | |
|---|---|
| Name | Lisa Hymes Davis |
| Job or Title *(if known)* | Chief of Operations King County Juvenile |
| Street Address | 1211 E Alder St |
| City and County | Seattle, King |
| State and Zip Code | Washington 98122 |
| Telephone Number | 206-205-9500 |

Defendant No. 3

| | |
|---|---|
| Name | Sergeant Grady Conner |
| Job or Title *(if known)* | Sergeant Internal Investigations |
| Street Address | 500 5th Ave |
| City and County | Seattle, King |
| State and Zip Code | Washington 98122 |
| Telephone Number | 206-423-4522 |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 2

*Pro Se 7 2016*

Defendant No. 4

        Name _____

        Job or Title *(if known)* _____

        Street Address _____

        City and County _____

        State and Zip Code _____

        Telephone Number _____

C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

    Name        1211 E Alder St King County Juvenile

    Street Address    1211 E Alder St

    City and County    Seattle    King

    State and Zip Code    Washington    98122

    Telephone Number    206 - 205-9500

## II.    BASIS FOR JURISDICTION

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓]    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 3

*Pro Se 7 2016*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112
to 12117.
*(Note: In order to bring suit in federal district court under the
Americans with Disabilities Act, you must first obtain a Notice of Right
to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

### III.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as
possible the facts showing that each plaintiff is entitled to the damages or other relief sought.
State how each defendant was involved and what each defendant did that caused the plaintiff
harm or violated the plaintiff's rights, including the dates and places of that involvement or
conduct. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.*

Director assumed I was guilty of
allegations and ~~let~~ ~~me~~ fired me after
not being guilty in investigations. Retaliated.

A.   The discriminatory conduct of which I complain in this action includes *(check all that*

*apply)*:

☐ Failure to hire me.
☑ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☑ Retaliation.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 4

Pro Se 7 2016

1              ☐   Other acts *(specify)*: _____

2    B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

3              _____ 9/17/20 _____

4    C.    I believe that defendant(s) *(check one)*:

5              ☑   is/are still committing these acts against me.

6              ☐   is/are not still committing these acts against me.

7    D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

8              ☑   race _____

9              ☐   color _____

10             ☐   gender/sex _____

11             ☐   religion _____

11             ☐   national origin _____

12             ☐   age *(year of birth)*         *(only when asserting*
                                                *a claim of age*
13                                              *discrimination.)*

             ☐   disability or perceived disability *(specify disability)*
14             _____

15   E.    The facts of my case are as follows.  Attach additional pages if needed.

16        Wrote a letter about being targeted

17        and was fired right after, Never been disiplined.

18        Was Stated allegations became to much.

19        *(Note:  As additional support for the facts of your claim, you may attach to this complaint*
     *a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge*
20   *filed with the relevant state or city human rights division.)*

21

22

23

24

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 5

Pro Se 7 2016

IV.   **EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES**

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

2-1-20

_____

_____

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*

_____

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑   60 days or more have elapsed.

☐   less than 60 days have elapsed.

V.   **RELIEF**

*State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

I have 2 witnesses I will subpoena that the Director said about my allegations even though I was never found guilty.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 6

*Pro Se 7 2016*

## VI.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       3-1-21

Signature of Plaintiff

Printed Name of Plaintiff       Ismal Ahmed

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 7

*Pro Se 15 2016*

FILED (DROP BOX)

MAR 03 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Ismail Ahmed
_____
_____

Plaintiff(s),

v.

King County
_____
_____

Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in
custody)

Jury Trial: ☑ Yes  ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | King County Juvenile |
| Street Address | 1211 E Alder St |
| City and County | Seattle, King |
| State and Zip Code | Washington 98122 |
| Telephone Number | 206-208-9500 |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

*Pro Se 15 2016*

B.      Defendant(s)

        *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Allen Nance |
| Job or Title *(if known)* | Director King County Juvenile |
| Street Address | 1211 E Alder St |
| City and County | Seattle King |
| State and Zip Code | Washington 98122 |
| Telephone Number | 206-205-9500 |
| ☑ Individual capacity | ☐ Official capacity |

Defendant No. 2

| | |
|---|---|
| Name | Lisa Hymes Davis |
| Job or Title *(if known)* | Chief of Operations King County Juvenile |
| Street Address | 1211 E Alder St |
| City and County | Seattle , King |
| State and Zip Code | Washington 98122 |
| Telephone Number | 206-205-9500 |
| ☑ Individual capacity | ☐ Official capacity |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| ☑ Individual capacity | ☐ Official capacity |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

*Pro Se 15 2016*

Defendant No. 4

      Name                          _____

      Job or Title *(if known)*      _____

      Street Address              _____

      City and County            _____

      State and Zip Code         _____

      Telephone Number          _____

      ☐ Individual capacity    ☐ Official capacity

## II.    PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

    ☒ No     ☐ Yes     If yes, how many? _____

Describe the lawsuit:

_____

_____

_____

_____

Parties to this previous lawsuit:

_____

_____

_____

_____

Plaintiff(s)

_____

_____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

*Pro Se 15 2016*

1
2
_____

3   Defendant(s)

4   _____

5   _____

6   _____

7   _____

8   *(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

9

10   Court and name of district:

_____

11   Docket Number: _____

12   Assigned Judge: _____

13   Disposition: *(For example, was the case dismissed as frivolous or for failure to state a*

14   *claim? Was it appealed? Is it still pending?)*

15   _____

16   _____

17   _____

18   Approximate filing date of lawsuit: _____

19   Approximate date of disposition: _____

20

21   **III.    BASIS FOR JURISDICTION**

22   Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any

23   rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens*

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

*Pro Se 15 2016*

*v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suite against *(check all that apply)*:

☒    Federal officials (a *Bivens* claim)

☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Amendment free speech violation. Wrote
a staff report about being targeted
and got retaliated and immediately
terminated with no just cause.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any    statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

Pro Se 15 2016

under *Bivens*, explain how each defendant acted under color of federal law.  Attach

additional pages if needed.

_____

_____

_____

_____

## IV.   STATEMENT OF CLAIM

*State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.*

1) Workplace  Harassment, 2) Workplace  discrimination.
3) Workplace  retaliation
Parties; Director Allen Nance , Chief Lisa Hymos-Davis

A.   Where did the events giving rise to your claim(s) occur?

wrote report  9/14/20, meeting  set  up for
9/17/20  card  was  terminated  at  start  time

B.   What date and approximate time did the events giving rise to your claim(s) occur?

_____

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?*

*Who did what?  Was anyone else involved?  Who else saw what happened?)*

Witnesses  termination  Guild  President  Jason Smith.
I  have  Statements  from  Co-workers  on  my
Work  performance,  the  Francisco Vallardes, Robert

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

Pro Se 15 2016

Delgado, Khader Abdixar, Mathis, Madi, Jaqueer, Jeff,

## V.   INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

N/A

## VI.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.*

$5,000 monthly salary x 3 months = $15,000

$10,000 emotional stress               $10,000

                    TOTAL    $25,000

## VII.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

*Pro Se 15 2016*

1      I agree to provide the Clerk's Office with any changes to my address where case-related

2  papers may be served. I understand that my failure to keep a current address on file with the

3  Clerk's Office may result in the dismissal of my case.

4      Date of signing:            3/1/21

5      Signature of Plaintiff      _____

6      Printed Name of Plaintiff   Ismail   Ahmed

7

8      Date of signing:            _____

9      Signature of Plaintiff      _____

10     Printed Name of Plaintiff   _____

11

12     Date of signing:            _____

13     Signature of Plaintiff      _____

14     Printed Name of Plaintiff   _____

15

16

17

18

19

20

21

22

23

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8